**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CHICAGO & VICINITY LABORERS'** ) <br> **DISTRICT COUNCIL PENSION FUND,** ) <br> **CHICAGO & VICINITY LABORERS'** ) <br> **DISTRICT COUNCIL WELFARE FUND,** ) <br> **CHICAGO & VICINITY LABORERS'** ) <br> **DISTRICT COUNCIL RETIREE HEALTH** ) <br> **AND WELFARE FUND, and CATHERINE** ) <br> **WENSKUS, not individually but as** ) <br> **Administrator of the Funds,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **EIRENE BUILDERS, INC. an Illinois** ) <br> **corporation,** ) <br> ) <br> Defendant. ) | **Case No. 22-cv-5889** <br><br> **Judge: GOTTSCHALL** |

## MOTION FOR ENTRY OF JUDGMENT

Now come Plaintiffs, Chicago & Vicinity Laborers' District Council Pension, Welfare and Retiree Health and Welfare Fund and Catherine Wenskus, (collectively referred to hereinafter as the "Funds"), by and through their attorney, Patrick T. Wallace, and hereby move this Court to enter an Order of Default against Defendant Eirene Builders, Inc. (hereinafter "Eirene" or the "Company"). In support of this Motion, the Funds state as follows:

1. The Funds filed their Complaint on October 25, 2022.

2. The Company was served with Summons and the Complaint on October 27, 2022. See Docket Entry 10. The Company retained counsel who filed his appearance on November 16, 2022 and the Company filed an Answer on December 15, 2022. See Docket Entry Nos. 11 and 17.

3. Defendant's Counsel filed a Motion to Withdraw as counsel which was granted by

the Court on October 25, 2023. See Docket Entry No. 37. The Company was given leave to retain new counsel on or before November 30, 2023. To date no attorney has moved to file an appearance on behalf of the Company.

4. The parties entered into an Installment Note ("Note") to settle amounts due to the Funds for the audit period of October 1, 2018 through May 31, 2022. However, the Defendant has not made any payments due under the Note. See *Declaration of Michael Christopher* attached hereto as Exhibit A, Paragraph 9 and Exhibit A-8. Pursuant to the Note, the Company owes $12,715.17. *Id.*

5. In addition to the amounts due on the Installment Note, the Funds are entitled to $901.00 in additional attorneys' fees and costs under Paragraph 3 of the Note. See Exhibit A-8 and the Declaration of Patrick T. Wallace attached here to as Exhibit B, Paragraph 5 and Exhibit B-1.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order entering Judgment against Defendant, Eirene Builders, Inc. and in favor of the Funds in the amount of $13,616.17 representing the amount due pursuant to the settlement and the Funds additional attorneys' fees and costs, ordering Defendant Eirene to pay post-judgment interest on the judgment amount until paid in full, and any other legal and equitable relief the Court deems just.

February 21, 2024
                Respectfully submitted,
                Laborers' Pension Fund, et al.

                By: /s/ Patrick T. Wallace

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

**CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that he caused a copy of the foregoing Motion for Order of Default to be served upon the following individuals on this 21st day of February, 2024 via US. Mail and electronic mail as indicated below:

Brigette Pryor
Eirene Builders, Inc.
14414 South Lowe Ave.
Riverdale, IL 60827
EireneBuilds@outlook.com

Rena Poulos Eirene Builders, Inc.
14414 South Lowe Ave.
Riverdale, IL 60827
rena7362@hotmail.com

/s/ Patrick T. Wallace